UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.

VINCENTE SANCHEZ,

    Defendant.
_____/

Case No. 13-12168

Honorable Nancy G. Edmunds

## ORDER GRANTING JOHN F. EARLY, JR.'S STIPULATED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT VINCENTE SANCHEZ [25]

This matter comes before the Court on John F. Early, Jr.'s stipulated motion to withdraw as counsel for Defendant Vincente Sanchez. Defendant's counsel advises the Court that there has been a breakdown in the attorney-client relationship, and that neither Defendant nor Plaintiff object to John F. Early, Jr.'s withdrawal as counsel for Defendant. Being fully advised in the premises and having read the pleadings, this Court GRANTS John F. Early's motion to withdraw as counsel for Defendant [ECF No. 25].

Accordingly, IT IS HEREBY ORDERED that:

. Within thirty (30) days from the date of this Order, Defendant shall attempt to obtain new counsel and have that new counsel file an Appearance with the Court;

. If Defendant is unable to obtain new counsel, he must notify the Court of that fact in writing within thirty (30) days from the date of this Order;

. John F. Early, Jr. shall immediately serve a copy of this Order on Defendant and must file a proof of service with this Court; and

. John F. Early, Jr. shall immediately notify the Court in writing of Defendant's current address.

SO ORDERED.

                          s/Nancy G. Edmunds
                          Nancy G. Edmunds
                          United States District Judge

Dated: March 26, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 26, 2014, by electronic and/or ordinary mail.

                          s/Carol Bethel
                          Case Manager